UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HARRY C. SAVOY | CIVIL ACTION |
| VERSUS | NO. |
| SWIFT ENERGY OPERATING, LLC, a/k/a SWIFT ENERGY COMPANY, ABC INSURANCE COMPANY, and BYRON RAGAS | SECTION " " <br> MAGISTRATE JUDGE " " |

## NOTICE OF REMOVAL

Pursuant to the provisions of 28 U.S.C. § 1441, *et seq.*, Defendant Swift Energy Operating, LLC (hereinafter referred to as "Swift Energy"), hereby gives notice of removal of the above referenced action, now pending in the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana, to this Honorable Court. As grounds in support of this Notice of Removal, Swift Energy states as follows:

1.

On December 20, 2011, a Petition for Damages was filed on behalf of plaintiff, Harry C. Savoy in the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana styled "Harry C. Savoy v. Swift Energy Operating, LLC a/k/a Swift Energy Company, ABC Insurance Company and Byron Ragas", Docket No. 59-309. Attached hereto as Exhibit "A" is a complete copy of all pleadings currently filed in the court for the Parish of Plaquemines.

2.

Defendant, Swift Energy, was served on December 29, 2011 with a copy of the Petition for Damages and a Citation issued by the 25th Judicial District Court for the Parish of Plaquemines.

3.

Defendant, Brian Bailey, was served on December 27, 2011 with a copy of the Petition for Damages and a Citation issued by the 25th Judicial District Court for the Parish of Plaquemines.

4.

For the reasons set forth below, this Court has subject matter jurisdiction over this action. The suit is therefore, removable pursuant to 28 U.S.C. 1441 *et seq.*

## FEDERAL DIVERSITY JURISDICTION

5.

This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. 1332(a) (federal diversity jurisdiction). The captioned matter is a suit between citizens of different states and the amount in controversy exceeds Seventy-Five Thousand and No/100 ($75,000.00) Dollars, exclusive of interest and costs.

### Complete Diversity of Citizenship

6.

Defendant Swift Energy is a citizen of the State of Texas.

7.

Plaintiff is a citizen of the State of Louisiana.

## IMPROPER JOINDER

8.

For purposes of determining diversity of citizenship, the citizenship of Byron Ragas, should be ignored, and he is not required to join in this Notice of Removal, because he was improperly joined as a defendant.

2807118

2

9.

Because the citizenship of Byron Ragas is ignored this is a suit between citizens of different states for purposes of 28 USC § 1332(a)(1), and complete diversity of citizenship exists as of the date of commencement of the state court action and the date of this removal.

### AMOUNT IN CONTROVERSY EXCEEDS $75,000.00

10.

The value of the claims in controversy exceeds $75,000.00 exclusive of interest and cost. Plaintiff does not specifically allege that its damages exceed $75,000.00. Nonetheless, plaintiff alleges:

a. Past and future medical;

b. Past and future physical therapy;

c. Past and future medical expenses;

d. Vocational rehabilitation;

e. Loss of employability;

f. Loss of past and future income and benefits;

g. Impairment to future earning capacity;

h. Loss of insurability;

i. Past and future physical pain and suffering;

j. Past and future disability;

k. Past and future emotional and psychological anguish and distress;

l. Loss of enjoyment of life;

m. All of the said injuries have caused and will continue to cause complainant severe physical and psychological pain and suffering, as well as economic loss; and

2807118                                             3

n.        Other damages which will be shown through discovery and proven at trial.

11.

The "amount in controversy" for purposes of federal jurisdiction is to be determined from the nature and extent of the damages and injuries specifically alleged.  Although Swift Energy denies liability to the plaintiff in any amount whatsoever, it asserts that, due to the nature and extent of damages claimed, the amount in controversy as a result of plaintiff's Petition for Damages exceeds $75,000.00, exclusive of interest and costs.

12.

In accordance with the provisions of 28 USC § 1446(a), Swift Energy attaches as Exhibit "A" to this Notice of Removal a true and correct copy of all process, pleadings, and orders served upon it in this action.

13.

In accordance with the provisions of 28 USC § 1446(b), this Notice is being filed within thirty (30) days after receipt Swift Energy, through service or otherwise, of a copy of plaintiff's Petition.  Therefore, this Notice of Removal is timely filed.

14.

Written notice of the filing of this Notice of Removal will be given to plaintiff, as required by the provisions of 28 USC § 1446(d).

15.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana, as required by the provisions of 28 USC § 1446(d).

16.

Bryan Ragas, was improperly joined; thus, he need not join in or consent to this removal.

17.

ABC Insurance Company is a fictitious entity and has not been served in this matter; thus it need not join in or consent to this removal.

WHEREFORE, defendant, Swift Energy Operating, LLC, removes this action from the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted:

**KEAN MILLER LLP**

*/s/ Kelly S. Baughan*

**CHARLES R. TALLEY (#12634)**
**KELLY S. BAUGHAN (#28840)**
909 Poydras Street, 14th Floor
New Orleans, LA  70112
Telephone:  (504) 585-3050
Facsimile:  (504) 585-3051

Attorneys for Swift Energy Operating, LLC